No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. *v.* HANSON ET AL. Appeal from the Supreme Court of Nebraska. (Probable jurisdiction noted, 350 U. S. 910.) The motions of the State of Utah and Chamber of Commerce of the United States for leave to appear and present oral argument, as *amici curiae,* are denied.

No. 298. UNION TRUST CO. ET AL. *v.* EASTERN AIR LINES, INC. On consideration of the petition for rehearing, the order of December 5, 1955, *ante,* p. 907, is reopened and is modified by directing that the case be remanded to the Court of Appeals to permit that court to pass upon the several issues left undecided by our reversal of its judgment.

No. 204, Misc. HILL *v.* UNITED STATES;
No. 388, Misc. NEWSTEAD *v.* MISSOURI;
No. 402, Misc. EX PARTE LEVY;
No. 403, Misc. EX PARTE EMANUEL;
No. 409, Misc. LENZ *v.* LOONEY, WARDEN, ET AL.;
No. 413, Misc. SAM *v.* DELMORE, WARDEN;
No. 423, Misc. BINKLEY *v.* ALVIS, WARDEN;
No. 476, Misc. CHAPMAN *v.* GALLAGHER, SHERIFF;
No. 477, Misc. CONNOR *v.* MAYO; and
No. 478, Misc. BENTON *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States in No. 204, Misc.

No. 415, Misc. HARRISON *v.* SKEEN, WARDEN. Application for injunction and motion for leave to file petition for writ of mandamus denied.

No. 447, Misc. YACHT *v.* MURPHY, U. S. DISTRICT JUDGE. Petition for mandatory writ of injunction denied.